**In the Interest of C.H. & C.H., Plaintiffs.**

**Juvenile Officer, Respondent,**

v.

**R.L.H. (Mother), Appellant,**

**E.H. (Father), Defendant,**

**J.B. (Father), Defendant.**

**Nos. WD 64720, 64721.**

Missouri Court of Appeals,
Western District.

June 7, 2005.

John R. Brage, St. Joseph, MO, for appellant.

Chad Stewart, St. Joseph, MO, for respondent.

David R. Schmitt, St. Joseph, MO, for plaintiffs.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge and VICTOR C. HOWARD, Judge.

## ORDER

PER CURIAM.

This is a consolidated appeal from two judgments of the Circuit Court of Buchanan County, Juvenile Division, terminating the rights of R.L.H. ("Mother") to parent her two minor children, C.L.H. and C.J.H. We hold that the circuit court properly found grounds for termination of Mother's parental rights to both children pursuant to section 211.447.4(3), RSMo 2000, and that termination was in the best interests of the children. The judgments are affirmed. Rule 84.16(b).